UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Stephen Johnson, )<br>)<br>)<br>Plaintiff(s) )<br>) Case No. 4:13-cv-01293-AGF<br>vs. )<br>)<br>Lee H. Davis , )<br>)<br>)<br>)<br>Defendant(s). ) | |

## **ORDER**

The above styled and numbered case was filed on June 9, 2013 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Catherine D. Perry, United States District Judge, under cause number 2:13-cv-00066-CDP. **IT IS FURTHER ORDERED** that cause number 4:13-cv-01293-AGF  be administratively closed.

Dated this 10th Day of July, 2013.            JAMES G. WOODWARD

                                By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number:** 2:13-cv-00066-CDP.