UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Stephen Johnson, | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:13-cv-01293-AGF |
| vs. | ) | |
| | ) | |
| Lee H. Davis , | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on June 9, 2013 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Catherine D. Perry, United States District Judge, under cause number 2:13-cv-00066-CDP. **IT IS FURTHER ORDERED** that cause number 4:13-cv-01293-AGF be administratively closed.

Dated this 10th Day of July, 2013.         JAMES G. WOODWARD

                                             By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number:** 2:13-cv-00066-CDP.